UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHOVON WOODARD, | : |
| | : |
| Plaintiff, | : Case No. 2:18-cv-1523 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| KEVIN JOHN O'BRIEN, *et al.*, | : Magistrate Judge Chelsey M. Vascura |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiff's Motion to Lift Stay and Set Damages Hearing. (ECF No. 59). The Court stayed this case under 11 U.S.C. § 362(a) pending completion of Defendant O'Brien's bankruptcy. (ECF No. 58). Plaintiff now reports that the Bankruptcy Court has lifted the stay to permit the parties to continue litigating this matter. (ECF No. 59-1). Defendant agreed to the Bankruptcy Court's Order (*Id.* at 1) and has not opposed Plaintiff's Motion here.

Plaintiff's Motion is **GRANTED**. Accordingly, the stay is lifted, and the previously scheduled damages hearing may proceed. A new damages hearing is set for **Thursday, February 10, 2022, at 9:30 a.m.**, in Courtroom 1, Room 331 of the U.S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio. Said hearing may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown. Any request for a continuance should be made promptly after the reason for seeking the continuance becomes known.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 13, 2022**